| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) HUCK, PAUL C. | 2. Court or Organization SD-FL | 3. Date of Report 11/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

90 NE FOURTH STREET
SUITE 1067
MIAMI, FLORIDA 33132

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | UNIVERSITY OF MIAMI | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | SELF EMPLOYED - SMALL BUSINESS OWNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FLORIDA BAR | 06/30/14 | ORLANDO, FLORIDA | PROFESSIONAL EVENT | TRAVEL AND LODGING |
| 2. | UNIVERSITY OF FLORIDA | 09/30/14 | GAINSVILLE, FLORIDA | PROFESSIONAL EVENT | TRAVEL AND LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (HEADER) RAYMOND JAMES ACCT #1 | | | | | | | | | |
| 2. RAYMOND JAMES CASH ACCT | A | Interest | K | T | | | | | |
| 3. (HEADER) RAYMOND JAMES ACCT #1 | | | | | | | | | |
| 4. ALLY FINANCIAL INC NT | C | Interest | | | Redeemed | 01/21/14 | K | A | |
| 5. AMGEN INC | A | Dividend | K | T | | | | | |
| 6. AMTRUST FINANCIAL SVCS INC | A | Dividend | K | T | Buy | 11/05/14 | K | | |
| 7. ARATANA THERAPEUTICS INC | A | Dividend | | | Buy | 06/12/14 | K | | |
| 8. ARATANA THERAPEUTICS INC | A | Dividend | | | Sold | 07/28/14 | J | A | |
| 9. BANK OF AMERICA CORP | C | Interest | | | Redeemed | 06/15/14 | K | A | |
| 10. BANK OF AMERICA CORP | A | Dividend | K | T | Sold (part) | 11/12/14 | K | C | |
| 11. BERKSHIRE HATHAWAY INC CL B | | None | L | T | | | | | |
| 12. BLACKSTONE GROUP LP COM UNIT LTD | B | Dividend | K | T | | | | | |
| 13. CALLAWAY GOLF COMPANY | A | Dividend | | | Buy | 03/14/14 | K | | |
| 14. CALLAWAY GOLF COMPANY | A | Dividend | | | Sold | 07/28/14 | K | A | |
| 15. CATERPILLAR INC | B | Dividend | K | T | | | | | |
| 16. CERNER CORP | A | Dividend | L | T | Buy (add'l) | 10/23/14 | K | | |
| 17. CHICAGO BRIDGE & IRON CO NV | A | Dividend | | | Sold | 11/28/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHURCH & DWIGHT INC. | B | Dividend | L | T | | | | | |
| 19. COLFAX CORP | | None | | | Sold | 10/24/14 | K | D | |
| 20. DAVITA HEALTHCARE PARTNERS INC | | None | K | T | | | | | |
| 21. EXPRESS SCRIPTS HLDG CO | | None | K | T | Buy | 02/10/14 | K | | |
| 22. EXXON MOBIL CORP | C | Dividend | L | T | | | | | |
| 23. FAIRPOINT COMMUNICATIONS INC | | None | | | Sold (part) | 01/13/14 | K | C | |
| 24. FAIRPOINT COMMUNICATIONS INC | | None | | | Sold | 04/08/14 | K | D | |
| 25. FORD MOTOR CO | A | Dividend | K | T | | | | | |
| 26. FRANKLIN STREET PPTYS CORP REIT | B | Dividend | K | T | Sold (part) | 02/10/14 | K | A | |
| 27. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 28. GOOGLE INC (REDEEMED SHARE CONVERSION (LINE 20 AND 30) | | None | | | Redeemed | 06/23/14 | L | A | |
| 29. GOOGLE INC CL A | | None | K | T | Spinoff (from line 28) | 06/23/14 | K | | |
| 30. GOOGLE INC CL C | | None | K | T | Spinoff (from line 28) | 06/23/14 | K | | |
| 31. IBM CORP | B | Dividend | K | T | | | | | |
| 32. KKR $ COMPANY LP | B | Dividend | | | Sold | 09/04/14 | K | B | |
| 33. MICROSOFT CORP | A | Dividend | | | Sold | 01/03/14 | K | A | |
| 34. PLATFORM SPECIALTY PRODUCTS CORP | | None | K | T | Buy | 02/28/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   RAYMOND JAMES CASH ACCT | A | Interest | L | T | | | | | |
| 36.   RED HAT INC | A | Dividend | | | Buy | 08/07/14 | K | | |
| 37.   RED HAT INC | A | Dividend | | | Sold | 12/22/14 | K | A | |
| 38.   RYDER SYSTEMS INC | A | Dividend | L | T | Buy (add'l) | 10/16/14 | K | | |
| 39.   SCHEIN HENRY INC | | None | L | T | | | | | |
| 40.   SEALED AIR CORP | A | Dividend | K | T | Buy | 01/03/14 | K | | |
| 41.   SIX FLAGS ENT CORP | B | Dividend | | | Sold | 09/22/14 | K | D | |
| 42.   STARBUCKS CORP | A | Dividend | K | T | Buy (add'l) | 05/23/14 | K | | |
| 43.   STERIS CORP | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 44.   TIX COMPANIES INC | A | Dividend | K | T | Buy | 08/25/14 | K | | |
| 45.   UNITED INS HLDGS CORP | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 46.   WEATHERFORD INTL PLC | A | Dividend | | | Buy | 02/20/14 | K | | |
| 47.   WEATHERFORD INTL PLC | A | Dividend | | | Sold | 10/10/14 | K | C | |
| 48.   WILLIAMS COMPANIES INC | C | Dividend | L | T | | | | | |
| 49.   WIX COM LIMITED SHS (ISRAEL) | | None | | | Sold | 06/09/14 | K | A | |
| 50.   GIBRALTER BANK CHECKING & MM | A | Int./Div. | K | T | | | | | |
| 51.   (HEADER) RAYMOND JAMES ACCT #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ALLY FINANCIAL INC NT | C | Interest | | | Redeemed | 01/21/14 | K | C | |
| 53. ALTRIA GROUP INC | B | Dividend | K | T | | | | | |
| 54. ASTRA ZANECA PLC NTS ISIN | C | Interest | | | Redeemed | 06/01/14 | K | A | |
| 55. AT&T INC | B | Dividend | | | Sold | 12/11/14 | K | A | |
| 56. BANK OF AMERICA CORP | A | Dividend | K | T | Sold (part) | 11/12/14 | J | B | |
| 57. BANK OF AMERICA CORP MTN ISIN | B | Interest | K | T | | | | | |
| 58. BANK OF AMERICA CORP MTN ISIN | C | Interest | L | T | | | | | |
| 59. BLACKSTONE GROUP LP COM UNIT LTD | C | Dividend | L | T | | | | | |
| 60. CITIGROUP INC NTS ISIN | B | Interest | | | Sold | 09/15/14 | L | A | |
| 61. CITIGROUP INC NTS OID ISIN | B | Interest | L | T | Buy | 09/17/14 | L | | |
| 62. CONOCOPHILLIPS | B | Dividend | K | T | Buy | 05/12/14 | K | | |
| 63. EXXON MOBIL CORP | B | Dividend | K | T | | | | | |
| 64. GENERAL MOTORS CO | B | Dividend | | | Sold | 09/22/14 | K | A | |
| 65. GMAC CAPITAL TRUST I GTD | C | Interest | | | Sold | 04/22/14 | K | A | |
| 66. HEALTH CARE REIT INC | B | Dividend | K | T | Buy | 04/22/14 | K | | |
| 67. INFINITY PROP & CASUALTY NTS ISIN | C | Interest | M | T | | | | | |
| 68. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. KKR & COMPANY | A | Dividend | | | Sold | 09/04/14 | L | A | |
| 70. LOCKHEED MARTIN CORP | C | Dividend | L | T | Sold (part) | 06/09/14 | K | D | |
| 71. MONMOUTH REAL ESTATE INVT CORP | B | Dividend | K | T | Buy | 08/25/14 | K | | |
| 72. MONTPELIER RE HOLDINGS LTD NTS ISIN | B | Interest | L | T | Buy | 01/28/14 | K | | |
| 73. NEXTERA ENTERGY INC | B | Dividend | L | T | | | | | |
| 74. PLATFORM SPECIALTY PRODUCTS CORP | | None | K | T | Buy | 03/08/14 | K | | |
| 75. RAYMOND JAMES CASH ACCT | A | Interest | K | T | | | | | |
| 76. SEALED AIR CORP | A | Dividend | L | T | | | | | |
| 77. SIX FLAGS ENT CORP | C | Dividend | L | T | Sold (part) | 03/05/14 | K | D | |
| 78. SPDR S&P 500 ETF | B | Interest | L | T | | | | | |
| 79. STERIS CORP | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 80. THE DOW CHEMICAL CO MTN ISIN | B | Interest | K | T | Buy | 06/02/14 | K | | |
| 81. VERIZON COMMUNICATIONS INC | B | Dividend | K | T | Buy | 09/05/14 | K | | |
| 82. VODAFONEGROUP PLC NEW SP ADR UK | A | Dividend | K | T | Buy (add'l) | 04/08/14 | K | | |
| 83. WILLIAMS COMPANIES | B | Dividend | K | T | | | | | |
| 84. (HEADER) RAYMOND JAMES ACCOUNT #3 | | | | | | | | | |
| 85. ALABAMA WTR POLLUTION CTL AUTH | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ALLY FINANCIAL INCORPORATED NT 7.25% | A | Interest | | | Redeemed | 01/21/14 | L | A | |
| 87. ALLY FINANCIAL INC NT | A | Interest | | | Redeemed | 03/14/14 | M | A | |
| 88. AMERICAN INTL GROUP INC NTS ISIN | B | Interest | L | T | | | | | |
| 89. AMGEN INC NTS ISIN | C | Interest | M | T | | | | | |
| 90. COMPUTER SCIENCES CORP NTS ISIN | C | Interest | M | T | Buy | 07/02/14 | M | | |
| 91. FL HURRICANE CAT FUD FIN CORP | A | Interest | | | Redeemed | 07/01/14 | L | A | |
| 92. FL STATE BRD ED SER A | C | Interest | M | T | | | | | |
| 93. GENERAL ELECTRIC CAP CORP | A | Interest | K | T | | | | | |
| 94. GMAC CAPITAL TRUST I GTD TR PFD-2 | C | Dividend | K | T | Buy | 03/20/14 | K | | |
| 95. GWINNETT CNTY GA SCH DIST | C | Interest | M | T | | | | | |
| 96. HEWLETT-PACKARD COMPANY NTS ISIN | B | Interest | L | T | | | | | |
| 97. ISHARES IBOXX HI YD ETF HYG | A | Interest | | | Redeemed | 08/01/14 | L | A | |
| 98. JOHNSON CITY TENN | B | Interest | L | T | | | | | |
| 99. KKR & COMPANY LP DEL COM UNITS | B | Dividend | K | T | | | | | |
| 100. MONMOUTH REAL ESTATE INVT CORP | B | Dividend | K | T | Buy | 08/06/14 | K | | |
| 101. NEXTERA ENERGY INC | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 102. RAYMOND JAMES CASH ACCT | A | Int./Div. | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WELLS FARGO & COMPANY MTN ISIN | C | Interest | M | T | Buy | 01/21/14 | M | | |
| 104. WILLIAMS COMPANIES INC DEL | B | Dividend | K | T | | | | | |
| 105. (HEADER) **OTHER INVESTMENTS | | | | | | | | | |
| 106. 22 LANTERN LLC CLASS B | | None | J | U | | | | | |
| 107. 22 LANTERN LLC CLASS C | | None | K | U | | | | | |
| 108. 22 LANTERN LLC CLASS D | | None | K | U | | | | | |
| 109. EZGREEN ASSOC LLC | | None | J | U | | | | | |
| 110. HTG CRYSTAL COVE INVEST 10 PLUS LLC | B | Distribution | M | U | | | | | |
| 111. HTG CRYSTAL COVE INVEST II LLC | A | Distribution | K | U | | | | | |
| 112. KENDALL LAKES APTS LLC CLASS B | | None | J | U | Buy | 07/01/14 | J | | |
| 113. KENDALL LAKES APTS LLC CLASS C | | None | K | U | Buy | 07/01/14 | K | | |
| 114. KENDALL LAKES APTS LLC CLASS D | | None | K | U | Buy | 07/01/14 | K | | |
| 115. LAKEHOUSE I LTD RENTAL PROP MIAMI FLORIDA | D | Rent | J | U | | | | | |
| 116. MARATHON LENDING CO II LLC | | None | K | U | | | | | |
| 117. MARATHON LENDING CO LLC | | None | K | U | | | | | |
| 118. NW 6 LLC | C | Interest | L | U | | | | | |
| 119. RASCON ASSOCIATES LTD | A | Interest | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SW 214 LLC | | None | L | U | | | | | |
| 121. TR-1 LLC | B | Interest | K | U | | | | | |
| 122. TR-2 LLC | D | Interest | M | U | | | | | |
| 123. OMAN TRUSTEE - WALDIN 5 | | None | J | U | | | | | |
| 124. (HEADER) YAYA INVESTMENT CLUB CG | | | | | | | | | |
| 125. ALIBABA GROUP HLDG ADR F | A | Int./Div. | J | T | Buy | 11/13/14 | J | | |
| 126. AMERICAN EXPRESS COMPANY | A | Int./Div. | J | T | Buy | 10/10/14 | J | | |
| 127. BAIDU INC ADR | A | Int./Div. | J | T | Buy | 01/09/14 | J | | |
| 128. BAIDU INC ADR | A | Int./Div. | | | Sold (part) | 09/11/14 | J | A | |
| 129. BANK OF AMERICA CORP | A | Int./Div. | | | Buy | 01/09/14 | J | | |
| 130. BANK OF AMERICA CORP | A | Int./Div. | | | Sold | 09/11/14 | J | A | |
| 131. BRISTOL MYERS SQUIBB | A | Int./Div. | | | Buy | 09/30/14 | J | | |
| 132. BRISTOL MYERS SQUIBB | A | Int./Div. | | | Sold | 12/18/14 | J | A | |
| 133. CELGENE CORP | A | Int./Div. | J | T | Buy | 01/14/14 | J | | |
| 134. COSTCO WHOLESALE CORP NEW | A | Int./Div. | | | Buy | 04/10/14 | J | | |
| 135. COSTCO WHOLESALE CORP NEW | A | Int./Div. | | | Sold | 07/07/14 | J | A | |
| 136. CRACKER BARREL OLD | A | Int./Div. | | | Buy | 05/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CRACKER BARREL OLD | A | Int./Div. | | | Sold | 12/18/14 | J | A | |
| 138. CUMMINS INC | A | Int./Div. | | | Sold | 02/14/14 | J | A | |
| 139. DEVON ENERGY CP NEW | A | Int./Div. | | | Buy | 04/10/14 | J | | |
| 140. DEVON ENERGY CP NEW | A | Int./Div. | | | Sold | 08/01/14 | J | A | |
| 141. WALT DISNEY CO | A | Int./Div. | J | T | Buy | 09/23/14 | J | | |
| 142. FEDEX CORPORATION | A | Int./Div. | J | T | Buy | 09/11/14 | J | | |
| 143. FIREEYE INC | A | Int./Div. | | | Buy | 03/20/14 | J | | |
| 144. FIREEYE INC | A | Int./Div. | | | Sold | 04/01/14 | J | A | |
| 145. GENERAL MOTORS CO | A | Int./Div. | | | Buy | 07/07/14 | J | | |
| 146. GENERAL MOTORS CO | A | Int./Div. | | | Sold | 09/30/14 | J | A | |
| 147. GILEAD SCIENCES INC | A | Int./Div. | J | T | Buy | 04/17/14 | J | | |
| 148. GILEAD SCIENCES INC | A | Int./Div. | | | Sold (part) | 10/15/14 | J | A | |
| 149. GOPRO INC | A | Int./Div. | | | Buy | 09/11/14 | J | | |
| 150. GOPRO INC | A | Int./Div. | | | Sold | 10/09/14 | J | A | |
| 151. KINDRED HEALTHCARE INC | A | Int./Div. | | | Buy | 06/12/14 | J | | |
| 152. KINDRED HEALTHCARE INC | A | Int./Div. | | | Sold | 06/30/14 | J | A | |
| 153. MEDTRONIC INC | A | Int./Div. | J | T | Buy | 06/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MEDTRONIC INC | A | Int./Div. | | | Sold (part) | 06/16/14 | J | A | |
| 155. NATIONAL OILWELL VARCO | A | Int./Div. | | | Sold | 04/28/14 | J | A | |
| 156. NIKE INC CLASS B | A | Int./Div. | | | Buy | 10/09/14 | J | | |
| 157. NIKE INC CLASS B | A | Int./Div. | | | Sold | 12/22/14 | J | A | |
| 158. NOVO-NORDISK A ADR | A | Int./Div. | | | Buy | 03/13/14 | J | | |
| 159. NOVO-NORDISK A ADR | A | Int./Div. | | | Sold | 06/30/14 | J | A | |
| 160. NXP SEMICONDUCTORS NV F | A | Int./Div. | J | T | Buy | 10/01/14 | J | | |
| 161. OPKO HEALTH INC | A | Int./Div. | | | Buy | 06/30/14 | J | | |
| 162. OPKO HEALTH INC | A | Int./Div. | | | Sold | 10/09/14 | J | A | |
| 163. PFIZER INCORPORATED | A | Int./Div. | | | Sold | 01/09/14 | J | A | |
| 164. PLATFORM SPECIALTY PRODS | A | Int./Div. | | | Buy | 06/12/14 | J | | |
| 165. PLATFORM SPECIALTY PRODS | A | Int./Div. | | | Sold | 09/11/14 | J | A | |
| 166. POLARIS INDUSTRIES INC | A | Int./Div. | | | Buy | 01/09/14 | J | | |
| 167. POLARIS INDUSTRIES INC | A | Int./Div. | | | Sold | 04/07/14 | J | A | |
| 168. PROCTOR & GAMBLE | A | Int./Div. | | | Buy | 03/20/14 | J | | |
| 169. PROCTOR & GAMBLE | A | Int./Div. | | | Sold | 06/23/14 | J | A | |
| 170. QUALCOMM INC | A | Int./Div. | J | T | Buy | 07/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. QUALCOMM INC | A | Int./Div. | J | T | Sold (part) | 02/06/14 | J | A | |
| 172. QUALCOMM INC | A | Int./Div. | | | Sold (part) | 08/08/14 | J | A | |
| 173. STARBUCKS CORP | A | Int./Div. | | | Buy | 01/13/14 | J | | |
| 174. STARBUCKS CORP | A | Int./Div. | | | Sold | 04/04/14 | J | A | |
| 175. TEXTRON INCORPORATED | A | Int./Div. | | | Buy | 04/11/14 | J | | |
| 176. TEXTRON INCORPORATED | A | Int./Div. | | | Sold | 06/24/14 | J | A | |
| 177. THE WHITEWAVE FOODS CO | A | Int./Div. | J | T | Buy | 04/08/14 | J | | |
| 178. THE WHITEWAVE FOODS CO | A | Int./Div. | | | Sold (part) | 07/10/14 | J | A | |
| 179. TRINA SOLAR LTD ADR | A | Int./Div. | | | Buy | 04/17/14 | J | | |
| 180. TRINA SOLAR LTD ADR | A | Int./Div. | | | Sold | 09/03/14 | J | A | |
| 181. UNITED RENTALS INC | A | Int./Div. | J | T | Buy | 01/27/14 | J | | |
| 182. UNITED RENTALS INC | A | Int./Div. | | | Sold (part) | 04/28/14 | J | A | |
| 183. U S SILICA HLDGS INC | A | Int./Div. | | | Sold | 01/09/14 | J | A | |
| 184. WALGREENS BOOTS ALLIANCE | A | Int./Div. | J | T | Buy | 11/13/14 | J | | |
| 185. YY INC ADR | A | Int./Div. | | | Buy | 01/24/14 | J | | |
| 186. YY INC ADR | A | Int./Div. | | | Sold | 03/24/14 | J | A | |
| 187. 3 D SYSTEMS CORP | A | Int./Div. | | | Buy | 01/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 3 D SYSTEMS CORP | A | Int./Div. | | | Sold | 02/24/14 | J | A | |
| 189. CHARLES SCHWAB CASH | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 11/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

YA YA INVESTMENT CLUB CG, PART VII, LINES 124 THROUGH 189 - PLEASE NOTE THAT INVESTMENTS REPORTED ON LINES 138, 147, 155, 161, 163, 168, 170, 181, 183, AND 187 HAD SALES OF SHARES IN 2014 THAT WERE PURCHASED IN 2013 AND REPORTED IN THE 2013 FINANCIAL DISCLUSRE REPORT IN THE COMBINED LINE ITEM OF YA YA INVESTMENT CLUB CG.  ALL 2014 PURCHASE AND SALE OF INVESTMENTS HELD BY YA YA INVESTMENT CLUB CG, AS WELL AS INVESTMENTS HELD BY YA YA INVESTMENT CLUB CG AT THE END OF 2014, HAVE BEEN INCLUDED IN THIS AMENDED 2014 FINANCIAL DISCLOSURE REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PAUL C. HUCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544